UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-7635-CAS(MRWx) | Date | September 21, 2012 |
|---|---|---|---|
| Title | *AMY L. WALTERS v. WELLS FARGO BANK, N.A.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

On the Court's own motion and in accordance with this Court's September 13, 2012 minute order, the Court sets a hearing on **September 24, 2012** at **1:00 P.M.** for defendants to show cause why a preliminary injunction should not issue in the above-referenced action. Defendants are ordered to appear on September 24, 2012 at 1:00 P.M. at the United States Courthouse, located at 312 North Spring Street, Courtroom 5, 2nd Floor, Los Angeles, California 90012.

Plaintiff shall serve this minute order on defendants forthwith.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |